# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| DODOTS LICENSING SOLUTIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>SAMSUNG ELECTRONICS CO., LTD., SAMSUNG ELECTRONICS AMERICA, INC., BEST BUY STORES, L.P., BESTBUY.COM, LLC, AND BEST BUY TEXAS.COM, LLC,<br><br>Defendants. | Case No. 6:22-cv-00535-ADA-DTG |

## SAMSUNG ELECTRONICS CO. LTD AND SAMSUNG ELECTRONICS AMERICA, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Samsung Electronics Co., Ltd. ("SEC") and Samsung Electronics America, Inc. ("SEA") state as follows:

SEC has no parent corporation and no publicly held corporation owns 10% or more of SEC's stock.

SEA is a wholly-owned subsidiary of SEC. No other publicly held corporation owns 10% or more of SEA's stock.

Dated: October 11, 2022　　　　　　　　　　FISH & RICHARDSON P.C.

　　　　　　　　　　　　　　　　　　　　　By: */s/ David M. Hoffman*
　　　　　　　　　　　　　　　　　　　　　　　David M. Hoffman
　　　　　　　　　　　　　　　　　　　　　　　TX Bar No. 24046084
　　　　　　　　　　　　　　　　　　　　　　　hoffman@fr.com
　　　　　　　　　　　　　　　　　　　　　　　111 Congress Avenue, Suite 810
　　　　　　　　　　　　　　　　　　　　　　　Austin, TX 78701
　　　　　　　　　　　　　　　　　　　　　　　Tel: (512) 472-5070
　　　　　　　　　　　　　　　　　　　　　　　Fax: (512) 320-8935

　　　　　　　　　　　　　　　　　　　　　　　Adam R. Shartzer (*admitted in W.D. Tex*)
　　　　　　　　　　　　　　　　　　　　　　　DC Bar No. 994420
　　　　　　　　　　　　　　　　　　　　　　　shartzer@fr.com
　　　　　　　　　　　　　　　　　　　　　　　Michael J. Ballanco (*pro hac vice* pending)
　　　　　　　　　　　　　　　　　　　　　　　VA Bar No. 87293
　　　　　　　　　　　　　　　　　　　　　　　ballanco@fr.com
　　　　　　　　　　　　　　　　　　　　　　　Ben Christoff (*pro hac vice* pending)
　　　　　　　　　　　　　　　　　　　　　　　christoff@fr.com
　　　　　　　　　　　　　　　　　　　　　　　DC Bar No. 1025635
　　　　　　　　　　　　　　　　　　　　　　　Irene Hwang (*pro hac vice* pending)
　　　　　　　　　　　　　　　　　　　　　　　CA Bar No. 344798
　　　　　　　　　　　　　　　　　　　　　　　hwang@fr.com
　　　　　　　　　　　　　　　　　　　　　　　1000 Maine Avenue, SW, Suite 1000
　　　　　　　　　　　　　　　　　　　　　　　Washington, DC 20024
　　　　　　　　　　　　　　　　　　　　　　　Tel: (202) 783-5070
　　　　　　　　　　　　　　　　　　　　　　　Fax: (202) 783-2331

　　　　　　　　　　　　　　　　　　　　　**COUNSEL FOR DEFENDANTS**
　　　　　　　　　　　　　　　　　　　　　**SAMSUNG ELECTRONICS CO., LTD. AND**
　　　　　　　　　　　　　　　　　　　　　**SAMSUNG ELECTRONICS AMERICA, INC.**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a) on October 11, 2022, and was served via CM/ECF on all counsel of record.

*/s/ David M. Hoffman*
David M. Hoffman